AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

EASTERN DISTRICT OF MISSOURI

United States of America
v.
Brian White

*Defendant(s)*

Case No. 4:25 MJ 2052 JSD

SIGNED AND SUBMITTED TO THE COURT FOR FILING BY RELIABLE ELECTRONIC MEANS

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 2/25/2025 in the county of St. Louis County in the Eastern District of Missouri, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18:922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

**I state under the penalty of perjury that the foregoing is true and correct.**

, TFO / FBI

*Complainant's signature*

Robert Brannan, FBI, TFO

*Printed name and title*

**Sworn to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41.**

Date: February 26, 2025

*Judge's signature*

City and state: St. Louis, Missouri

Honorable Joseph S. Dueker, U.S. Magistrate Judge

*Printed name and title*